07-61266.oa

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

Case Number: 07-61266-CIV-COOKE-BROWN

COREY STRUM,

    Plaintiff,

vs.

BD&M TRUCKING, INC., et al.,

    Defendants.
_____/

## ORDER DENYING APPROVAL OF SETTLEMENT

**This matter** is before this Court on an Order of Reference regarding the approval of a Settlement Agreement, referred January10, 2008. That order allowed the parties 10 days to "file all appropriate paperwork necessary for Court approval". Other than the previously filed Settlement Agreement, nothing was filed. The Court has considered all pertinent materials in the file.

The Court is required to approve the settlement agreement. See <u>Lynn's Food Stores, Inc. v. U.S.</u>, 679 F. 2d 1350 (11th Cir. 1982). That case states that the Court may grant said approval "after scrutinizing the settlement for fairness". <u>Id</u> at 1353.

On its face, the settlement agreement seems reasonable...with one glaring omission that prevents the Court from "scrutinizing the settlement for fairness". The Settlement Agreement says that defendant will pay plaintiff $11,100. What this Court is unable to discern, however, is what plaintiff claims entitlement to. If plaintiff was seeking, for example, $11, 500 - the fairness is rather obvious. If plaintiff was seeking $11, 500, 000, however, a far different picture is

presented. For this reason, the Court is unable to evaluate the "fairness" of same.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of February, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Marcia G. Cooke
Counsel of record